UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEROY WILLIAMS,

            Plaintiff,

  v.

STATE OF WASHINGTON,

            Defendant.

Case No. C12-1114-RSM

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and ORDER:

(1)     The Report and Recommendation is **ADOPTED**;

(2)     This action is **DISMISSED** without prejudice;

(3)     The application to proceed in forma pauperis is **DENIED** as moot; and

(4)     The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 8th day of August 2012

                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1